# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-50274 CRA | **Trustee:** (530160) Edwin H. Ferguson, Jr. |
| **Case Name:** SMITH, BEVELLY FRANKLIN, JR | **Filed (f) or Converted (c):** 03/20/14 (f) |
| | **§341(a) Meeting Date:** 04/17/14 |
| **Period Ending:** 12/31/14 | **Claims Bar Date:** 12/17/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 257 Bryan Woods Lane, Welcome NC 27374<br>    Order for Relief signed 5/2/14 by CRA<br>First deed of trust - NewBridge Bank - $171,329.00<br>2nd deed of trust - NewBridge Bank - $24,975.25 | 205,680.00 | 0.00 | | 0.00 | FA |
| 2 | 139 Welcome Arcadia Rd., Welcome, NC<br>    Order for Relief signed 5/2/14 by CRA<br>Zillow Value - $107,881.00<br>First deed of trust on rental - NewBridge Bank -<br>$124,669.00 - assigning $99,669.00 to this property | 94,420.00 | 0.00 | | 0.00 | FA |
| 3 | 138 Maple St., Welcome, NC with unlivable house, | 27,870.00 | 27,870.00 | | 0.00 | 27,870.00 |
| 4 | Old 52, Welcome, NC (lot) | 4,860.00 | 4,860.00 | | 0.00 | 4,860.00 |
| 5 | Main St. Welcome, NC | 1,900.00 | 1,900.00 | | 0.00 | 1,900.00 |
| 6 | 1353 Walton Branscomb Rd., Fancy Gap, VA 24328<br>    Order to Abandon signed 10/7/14 by CRA, doc 70. -<br>appraised by Susan Holder for $70,000.00<br>Order on MRS signed 9/20/14 in favor of Bank of North<br>Carolina<br>Bank of North Carolina - $71,684.28 | 130,000.00 | 58,315.72 | OA | 0.00 | FA |
| 7 | vacant lot on Maple Street, Welcome, NC<br>    This lot is included in RE sold via Order for Relief<br>signed 5/2/14 by CRA<br>First deed of trust on rental - NewBridge Bank - | 21,250.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 14-50274 CRA | **Trustee:** (530160) Edwin H. Ferguson, Jr. | |
| **Case Name:** SMITH, BEVELLY FRANKLIN, JR | **Filed (f) or Converted (c):** 03/20/14 (f) | |
| | **§341(a) Meeting Date:** 04/17/14 | |
| **Period Ending:** 12/31/14 | **Claims Bar Date:** 12/17/14 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | $124,669.00 - assigning $25,000.00 to this property | | | | | |
| 8 | livingroom | 500.00 | 0.00 | | 0.00 | FA |
| 9 | diningroom | 500.00 | 0.00 | | 0.00 | FA |
| 10 | bedroom | 500.00 | 0.00 | | 0.00 | FA |
| 11 | refrigerator | 250.00 | 0.00 | | 0.00 | FA |
| 12 | stove | 250.00 | 0.00 | | 0.00 | FA |
| 13 | washer/dryer | 250.00 | 0.00 | | 0.00 | FA |
| 14 | tv | 200.00 | 0.00 | | 0.00 | FA |
| 15 | electronic equipment | 200.00 | 0.00 | | 0.00 | FA |
| 16 | small kitchen appliances | 100.00 | 0.00 | | 0.00 | FA |
| 17 | clothing and personal effects | 400.00 | 0.00 | | 0.00 | FA |
| 18 | crystal and china | 100.00 | 0.00 | | 0.00 | FA |
| 19 | piano | 200.00 | 0.00 | | 0.00 | FA |
| 20 | Life insurance with Metlife on Mary Smith, died Assigned to Davidson Funeral Home for funeral services of deceased spouse. We have no claim against Funeral Home. | 25,000.00 | 12,845.51 | | 8,000.00 | 17,000.00 |
| 21 | 2008 Cadillac DTS 37,000 ,miles | 17,055.00 | 8,555.00 | | 2,244.43 | 14,810.57 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 3

Page: 3

**Case Number:** 14-50274 CRA  
**Case Name:** SMITH, BEVELLY FRANKLIN, JR  

**Period Ending:** 12/31/14

**Trustee:** (530160) Edwin H. Ferguson, Jr.  
**Filed (f) or Converted (c):** 03/20/14 (f)  
**§341(a) Meeting Date:** 04/17/14  
**Claims Bar Date:** 12/17/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Coins in safe deposit box | 1,755.57 | 1,755.57 | | 1,755.57 | FA |
| **22** | **Assets** **Totals** (Excluding unknown values) | **$533,240.57** | **$116,101.80** | | **$12,000.00** | **$66,440.57** |

**Major Activities Affecting Case Closing:**

Awaiting remaining $2,755.57 owed by Debtor for settlement of vehicle & safe deposit box. Awaiting remaining monies from life insurance proceeds. Preparing to sell RE.

Topics for 8/27/14 meeting with Trustee.

Respond to Gayle Grubb regarding her listing vacant lot on Maple Street. Has prospective buyer.

Should we have Rogers sell the following:
- 138 Maple Street, Welcome, NC
- Lot on Old 52, Welcome, NC
- Lot on Main Street, Welcome, NC
- 1353 Walton Branscomb Road, Fancy Gap, VA

Debtor is protecting $8,500.00 of 2008 Cadillac leaving $8,555.00 unprotected - Do we need to offer a settlement of this?

Email from Attorney for debtor with attached Inventory of Contents of Safe Deposit Box (numerous coins) with face value of $1,755.57.

Debtor listed address at time of wife's death as 38 W. 1st Street, New Bridge, Lexington, NC. This property is not listed on petition.

No response to 7/23/14 letter to Attorney for debtor regarding statement of affairs showing debtor receiving $61,000.00 in 2012 and $61,000.00 in 2013 from a buyout

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 14-50274 CRA  **Trustee:** (530160)  Edwin H. Ferguson, Jr.
**Case Name:** SMITH, BEVELLY FRANKLIN, JR  **Filed (f) or Converted (c):** 03/20/14 (f)
  **§341(a) Meeting Date:** 04/17/14
**Period Ending:** 12/31/14  **Claims Bar Date:** 12/17/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

from a family owned business.

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):**


_____ January 7, 2015  /s/ Edwin H. Ferguson, Jr.
 Date  _____
  Edwin H. Ferguson, Jr.

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-50274 CRA  
**Case Name:** SMITH, BEVELLY FRANKLIN, JR

**Taxpayer ID #:** 30-6448875  
**Period:** 10/01/14 - 12/31/14

**Trustee:** Edwin H. Ferguson, Jr. (530160)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $20,680,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/14 | | Bevelly Franklin Smith Jr. | Partial Payment for Settlement of Unprotected Equity in Cadillac & Safe Deposit Box - $6,700.00 owed in full - $4,800.00 remaining owed | | 1,900.00 | | 9,889.65 |
| | {22} | | | 1129-000 | 1,755.57 | | 9,889.65 |
| | {21} | | | 1129-000 | 144.43 | | 9,889.65 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.87 | 9,877.78 |
| 11/03/14 | {21} | Bevelly Franklin Smith Jr. | Partial Payment for Settlement of Unprotected Equity in Cadillac & Safe Deposit Box - $6,700.00 owed in full - $2,700.00 remaining owed | 1129-000 | 2,100.00 | | 11,977.78 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.82 | 11,962.96 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.49 | 11,943.47 |
| | | | **ACCOUNT TOTALS** | | 12,000.00 | 56.53 | $11,943.47 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,000.00 | 56.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,000.00** | **$56.53** | |

{} Asset reference(s)

Case 14-50274  Doc 107  Filed 01/08/15  Page 5 of 6

Printed: 01/07/2015 03:43 PM  V.13.20

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-50274 CRA
**Case Name:** SMITH, BEVELLY FRANKLIN, JR

**Taxpayer ID #:** 30-6448875
**Period:** 10/01/14 - 12/31/14

**Trustee:** Edwin H. Ferguson, Jr. (530160)
**Bank Name:** Rabobank, N.A.
**Account:** ********66 - Checking Account
**Blanket Bond:** $20,680,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|---|
| | | | Checking # ********66 | | 12,000.00 | 56.53 | 11,943.47 |
| | | | | | $12,000.00 | $56.53 | $11,943.47 |

January 7, 2015
_____
Date

/s/ Edwin H. Ferguson, Jr.
_____
Edwin H. Ferguson, Jr.

{} Asset reference(s)

Case 14-50274   Doc 107   Filed 01/08/15   Page 6 of 6

Printed: 01/07/2015 03:43 PM   V.13.20