UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re: )
) Case No. 14-50274-C-7W
BEVELLY FRANKLIN SMITH, JR. )
)
Debtor. )

_____

**DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM # 23**
_____

TO: Catharine R. Aron,
    United States Bankruptcy Judge

The above referenced debtor, by and through counsel, objects to the allowance of the following claim filed herein. The grounds for the objections are as follows:

**Claim #23 filed by the Trustee for Springleaf** - Debtor objects to said claim in its entirety on the grounds that:

   1. The Trustee lacks actual knowledge of the validity and accuracy of the claims.

   2. The debt is not a non-dischargeable debt under Section 523 of the United States Bankruptcy Code.

**Amount of Claim**: $10,308.93

WHEREFORE, the Debtor requests that said claim as above set above be disallowed and for such other and further relief as the Court may deem just.

Respectfully submitted this the 3rd day of day of February, 2015.

/s/ *JOHN A. MEADOWS*
John A. Meadows, State Bar No. 13237
Attorney for the Debtor
2596-C Reynolda Rd
Winston-Salem, NC 27106
(336) 723-3530

## CERTIFICATE OF SERVICE

    This is to certify that JOHN A. MEADOWS has this date served the foregoing pleading upon all other parties of interest by depositing a copy of the OBJECTION TO CLAIM #23 in a postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service properly addressed as follows:

Edwin H. Ferguson
Trustee
P.O. Box 444
Concord, NC 27028

William P. Miller
Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC 27402

Ramesh Singh
c/o Recovery Management Systems Corp
Financial Controller
25 SE 2nd Ave., Suite 1120
Miami, FL 33131-1605

Gilbert B. Weisman
Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355

Springleaf
P.O. Box 64
Evansville, IN 47701


This the 3rd day of February, 2015.


                                                          /s/ ***JOHN A. MEADOWS***
                                                              John A. Meadows, Esquire